IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FAHEEM R. HILL | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| MID ATLANTIC HEALTH CARE LLC : | | NO. 14-4221 |
| MAPLEWOOD MANOR | : | |

## ORDER

AND NOW, this 25th day of July, 2014, upon consideration of plaintiff's motion to proceed *in forma pauperis* and his *pro se* complaint, it is ORDERED that:

1.    Leave to proceed *in forma pauperis* is GRANTED.

2.    The complaint is DISMISSED without prejudice for the reasons stated in the Court's Memorandum.

3.    The dismissal of plaintiff's complaint is without prejudice to him refiling this action in the Philadelphia Court of Common Pleas.  Alternatively, plaintiff is given leave to file an amended complaint within thirty (30) days of the date of this Order in the event he can state a plausible claim within this Court's jurisdiction.  Upon the filing of an amended complaint, the Clerk shall not make service until so ORDERED by the Court.

4.    The Clerk of Court shall CLOSE this case for statistical purposes.

BY THE COURT:

*Robert F. Kelly*

ROBERT F. KELLY, J.